UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

ROBERT H. JOHNSON, *et al.* )
)
v. ) NO. 2:12-CV-198
) *Collier/Carter*
ROBERT E. CUPP, ROBIN R. GILBERT, )
JEFFREY KELLEY, MINDY FORRESTER, )
TONY CLARK, CAROLYN W. HAWKINS, )
KENT GARLAND, CATHY S. JOHNSON, )
PATRICIA MOREFIELD, MATTHEW )
ROARK, BILLY J. JOHNSON, JAMES L. )
CRIGGER, ANGIE THOMAS, MIKE )
REECE, and KERI TRIVETTE, )

## MEMORANDUM

This *pro se* prisoner filed a civil rights action under 42 U.S.C. § 1983. On May 14, 2012, the Court entered an order, notifying Plaintiff of certain deficiencies in his lawsuit and cautioning him, unless he corrected the deficiencies within thirty (30) days, the Court would assume he is not a pauper, assess the entire filing fee, and dismiss his case, [Ct. File No. 2]. More than thirty days have passed since entry of the order, and Plaintiff has failed to respond or comply with the order.

Accordingly, Plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00). This action, by separate order, will be **DISMISSED WITH PREJUDICE** for want of prosecution. Fed. R. Civ. P. 41(b).

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**